**Order entered September 16, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00744-CV

### ROBBIE LESA HAMES HORTON, Appellant

### V.

### KIMBERLY A. STOVALL, Appellee

### On Appeal from the 162nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-12-14190

## ORDER

The reporter's record is overdue. By notice dated July 13, 2016, the Court instructed Sheretta Martin, Official Court Reporter for the 162nd Judicial District Court, to file the reporter's record within thirty days. As of today's date, the reporter's record has not been filed. Accordingly, we **ORDER** Ms. Martin to file, by **OCTOBER 5, 2016**, either (1) the reporter's record, (2) written verification that appellant has not requested preparation of the reporter's record, or (3) written verification that appellant has not paid or made arrangements to pay the fee for preparation of the reporter's record. *We caution appellant that if we receive written verification of no request or payment, the Court may order the appeal submitted without the reporter's record. See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Martin and counsel for all parties.

/s/    ELIZABETH LANG-MIERS
          JUSTICE